| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on February 8, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Law Office Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Trenton, NJ 08619<br>(609) 581-9353 | |
| In re:<br>ABRAHAM HOWE<br><br>Debtors | Case No.: 18-10514<br><br>Chapter 13<br><br>Judge: Gravelle |

ORDER EXTENDING AUTOMATIC STAY BEYOND 30 DAYS

The relief set forth on the following pages, numbered __ through ___ is hereby ORDERED

**DATED: February 8, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:  Abraham Howe
Case No.:  18-10514   CMG
Caption:  Order Extending Automatic Stay Beyond 30 Days

    At Trenton in the said District

    This matter being opened to the Court by the Law Office of Peter E. Zimnis, attorney for the debtor(s), and

    It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtor for which the Debtor seeks to extend the automatic stay beyond 30 days, and

    It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

    It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

    Good and sufficient cause appearing of the entry of this Order,

    It is

    ORDERED AND ADJUDGED as follows, to wit:

1. The automatic stay shall apply to all creditors that were part of this Motion beyond 30 days of the filing of this Bankruptcy petition.