**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
ABRAHAM HOWE

  Debtors

**Order Filed on April 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-10514

Chapter 13

Judge: Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: April 9, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Abraham Howe
Case No.:  18-10514 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $500 for services rendered and expenses in the amount of $0 for a total of $500. The allowance shall be payable:

    ___x__   through the Chapter 13 Plan as an administrative priority from
              funds on hand
    _____   outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay:

+  $500 per month for 5 months;  then
+  $600 per month for 55 months

to allow for payment of aforesaid fee.