**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
ABRAHAM HOWE

  Debtors

Case No.: 18-10514

Chapter 13

Judge: Gravelle

Order Filed on April 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: April 9, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Abraham Howe
Case No.:  18-10514 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

   ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $500 for services rendered and expenses in the amount of $0 for a total of $500. The allowance shall be payable:

   ___x__   through the Chapter 13 Plan as an administrative priority from
      funds on hand
   _____   outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay:

+  $500 per month for 5 months;  then
+  $600 per month for 55 months

to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-10514-CMG
Abraham Howe                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 09, 2018
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.
db          +Abraham Howe,    148 Fountain Avenue,    Trenton, NJ 08618-3826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      John    Zimnis     on behalf of Debtor Abraham   Howe njbankruptcylaw@aol.com.
      Rebecca Ann Solarz     on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                      TOTAL: 4