| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>_____<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>_____<br>Law Office Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Trenton, NJ 08619<br>(609) 581-9353<br>_____<br>In re:<br>ABRAHAM HOWE<br><br>                        Debtors<br>_____ | Order Filed on September 24, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br><br><br><br><br><br>Case No.: 18-10514<br><br>Chapter 13<br><br>Judge: Gravelle |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: September 24, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Abraham Howe
Case No.:  18-10514 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

    \_\_\_x\_\_  through the Chapter 13 Plan as an administrative priority from
          funds on hand
    \_\_\_\_\_  outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay:

+ $500 per month for 5 months;  then
+ $600 per month for 55 months

to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-10514-CMG
Abraham Howe                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                 Page 1 of 1              Date Rcvd: Sep 24, 2018
                                Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.
db             +Abraham Howe,    148 Fountain Avenue,    Trenton, NJ 08618-3826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John    Zimnis    on behalf of Debtor Abraham    Howe njbankruptcylaw@aol.com.
              Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6