UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: HOWE, ABRAHAM

Case No.: 18-10514
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __03/05/19__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
148 Fountain Ave.
Trenton, NJ
Value: $112,401.00

Liens on property: Cenlar - $236,893.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

rev.8/1/15

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 18-10514-CMG
Abraham Howe                                                        Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2           Date Rcvd: Jan 29, 2019
                               Form ID: pdf905             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2019.
db             +Abraham Howe,    148 Fountain Avenue,    Trenton, NJ 08618-3826
517269452      +A-1 Collection,    101 Grovers Mill Rd,    Re: Capital Health; Raj Lalla, MD;,
                 Mercer Gastroenterology,    Lawrenceville, NJ 08648-4706
517269455      +ATG Credit,    1700 W Corland St,    Ste 201,    Re: Columbia House,    Chicago, IL 60622-1166
517269458      +Capital Health Advanced Imaging,    PO Box 1025,    Frederick, MD 21702-0025
517269459      +Capital Health Advanced Imaging,    PO Box 3246,    Indianapolis, IN 46206-3246
517269460      +Capital Health Systems,    750 Brunswick Avenue,    Attn: Patient Accounts,
                 Trenton, NJ 08638-4143
517269461      +Cenlar,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
517269463      +Emergency Medical Assoc.- CHS,    PO Box 417442,    Boston, MA 02241-7442
517269462      +Emergency Medical Assoc.- CHS,    PO Box 5333,    Parsippany, NJ 07054-6333
517269464      +Kivitz McKeever Lee,    701 Market Street,    Suite 5000,    Re: Cenlar,
                 Philadelphia, PA 19106-1541
517269465      +Lenox Socey Wilgus,    Re: American Trading; DC 3953-14,    3131 Princeton Pike,
                 Trenton, NJ 08648-2201
517269466      +Mark Nichter, Esq.,    Re: Capital Health System,    44 South Broadway,
                 White Plains, NY 10601-4425
517269467     #+Mercer County Surgery Center,    3120 Princeton Pike,    2nd floor Suite B,
                 Lawrenceville, NJ 08648-2325
517269468      +Mercer Gastroenterlogy,    Two Capital Way,    Suite 487,    Pennington, NJ 08534-2521
517269471      +NJ Healthcare Specialist,    PO Box 417191,    Boston, MA 02241-7191
517269472      +NJHEAA,    4 Quakerbridge Plaza,    Hamilton, NJ 08619-1241
517286633      +Nelnet on behalf of NJHESAA,    New Jersey Higher Ed Student Asst Auth,
                 4 Quakerbridge Plaza,    PO Box 548,    Trenton, NJ 08625-0548
517401129      +New Jersey Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517269474      +Quality Asset Recovery,    Re: Capital Surgical Assoc,    7 Foster Ave,    Ste 101,
                 Gibbsboro, NJ 08026-1191
517269475      +Revenue Recovery Corp,    Re: Advanced Orthopedics & Sport,    612 Gay Street,
                 Knoxville, TN 37902-1603
517269477      +Schacter Portnoy,    Re: Capital Health Advanced Imaging,    3490 Rt. 1,    Suite 6,
                 Princeton, NJ 08540-5920
517269479       Trans Continental Credit & Collection,    Re: Capital Health System,    PO Box 5055,
                 White Plains, NY 10602-5055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 23:21:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 23:21:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517269453      +E-mail/Text: brn@altra.org Jan 29 2019 23:21:56      Altra FCU,    PO Box 443,
                 La Crosse, WI 54602-0800
517383176      +E-mail/Text: brn@altra.org Jan 29 2019 23:21:56      Altra Federal Credit Union,
                 1700 Oak Forest Drive,    Onalaska, WI 54650-3500
517269454      +E-mail/Text: bsimmons@amsher.com Jan 29 2019 23:22:08      Amsher Collection Service,
                 Re: T Mobile,    600 Beacon Parkway W Ste 300,    Birmingham, AL 35209-3114
517269456      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jan 29 2019 23:22:45
                 Berks Credit & Collection,    Re: Mercer County Surgery Center,    PO Box 329,
                 Temple, PA 19560-0329
517269457      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jan 29 2019 23:22:45
                 Berks Credit & Collection,    Re: Mercer County Surgery Center,    900 Corporate Drive,
                 Reading, PA 19605-3340
517269470      +E-mail/Text: electronicbkydocs@nelnet.net Jan 29 2019 23:21:35      Nel Net,    PO Box 1649,
                 Denver, CO 80201-1649
517269473      +E-mail/Text: bankruptcy@optimarecoveryservices.com Jan 29 2019 23:21:47
                 Optima Recovery Services,    Re: Capital Health Advanced Imaging,    PO Box 52968,
                 Knoxville, TN 37950-2968
517269476      +E-mail/PDF: pa_dc_claims@navient.com Jan 29 2019 23:23:43      Sallie Mae (Navient),
                 PO Box 9500,    Wilkes Barre, PA 18773-9500
517269478       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jan 29 2019 23:22:56       T-Mobile,
                 PO Box 742596,    Cincinnati, OH 45274
517287513      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 29 2019 23:24:19      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517269480      +E-mail/Text: dwarshaw@warshawlawfirm.com Jan 29 2019 23:22:07      Warshaw Law Firm,
                 266 King George Road, Suite C-2,    Re: Advanced Orthopedics & Sports Med;,    DC 5003-14,
                 Warren, NJ 07059-5187
                                                                                              TOTAL: 13
```

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jan 29, 2019
                              Form ID: pdf905            Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517269469     ##+Navient,    300 Continental Dr,    Newark, DE 19713-4322
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John   Zimnis    on behalf of Debtor Abraham   Howe njbankruptcylaw@aol.com.
              Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```