UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 18-10514-CMG
Abraham Howe : Chapter: 7
: Judge: Gravelle
Debtor(s) :

**CERTIFICATION OF NO OBJECTION**

I _____Alyson M. Guida_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
148 Fountain Ave., Trenton, NJ

JEANNE A. NAUGHTON, Clerk

Date: 02/27/2019          By: Alyson M. Guida

*rev.2/10/17*